# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

NOLAN N. CHIASSON

VERSUS

ENTERGY LOUISIANA, LLC, ET
AL

NO.   2021 CW 0195

**APRIL 22, 2021**

---

In Re:    Viking  Pump,  Inc.,  applying  for  supervisory  writs,
          19th  Judicial  District  Court,  Parish  of  East  Baton
          Rouge, No. 694629.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                         **VGW**
                         **JEW**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT